UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEN UMEZE, MD,

                                  Plaintiff,

      -against-

ALFREDA JOHNSON, et al.,

                                Defendants.
------------------------------------------------------------------X

25-CV-5610 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed in the status conference held this morning, the parties are directed to adhere to the following briefing schedule:

- Defendants will file their motion to dismiss on or by **October 15, 2025**.
- Plaintiff will file his opposition to the motion to dismiss on or by **November 5, 2025**.
- Defendants will file their reply to the opposition on or by **November 19, 2025**.

      Discovery in this case is stayed pending the Court's decision on the motion to dismiss, in light of the reasoning in Judge Ho's decision denying Plaintiff's motion for a temporary restraining order and preliminary injunction. See ECF No. 32.

      SO ORDERED.

DATED:    New York, New York
               September 24, 2025

                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge