UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umeze,

Plaintiff(s),

v.

Johnson, et al.,

Defendant(s).

25-CV-5610 (DEH) (VF)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Mr. Umeze's untimely filed objections, ECF No. 45, and his motion for leave to file out of time, ECF No. 44. In light of Mr. Umeze's pro se status, the motion for leave to file is **GRANTED**. Defendants are **ORDERED** to respond to the objections by September 9, 2026.

The Clerk of Court is respectfully directed to close ECF No. 44.

SO ORDERED.

Dated: August 26, 2026
New York, New York

DALE E. HO
United States District Judge